UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF
COLUMBIA

DANIEL FERNANDEZ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et. al.,

Defendants.

Civil Action No. 26-0841 (AHA)

## JOINT STATUS REPORT

Pursuant to the Court's Standing Order (May 11, 2026), Plaintiff Daniel Fernandez and Defendants the Department of Justice and Federal Bureau of Prisons ("Bureau"), by and through their undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

Plaintiff seeks records from January 1, 1968-December 31, 1980, pertaining to constitutional and civil rights matters in prisons and jails, including legal memoranda and opinions. Bureau custodians have identified potentially responsive paper records that will require time to scan for processing. BOP FOIA Staff will conduct a responsiveness review of these records and provide Plaintiff with a production schedule for any releasable records by July 1, 2026. Plaintiff reports that he asked BOP the number of potentially responsive pages. The parties respectfully propose that they file the next joint status report by July 10, 2026, to update the Court on the status of Bureau's review of these records.

- 2 -

\*       \*       \*

Dated: June 10, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/ *Merrick Wayne*

Matthew Topic, D.C. Bar No. IL0037
Stephen Sitch Match, D.C. Bar No. MA0044
Merrick Wayne D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen Street Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

 /s/      *Robert J. Morris, II*
   ROBERT J. MORRIS, II
   D.C. Bar #1719434
   Assistant United States Attorney
   601 D Street NW
   Washington, DC 20530
   (202) 252-2534
   Robert.Morris@usdoj.gov

*Attorneys for the United States of America*

*Counsels for Plaintiff*

- 2 -